United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JAHANGIRI,<br>Plaintiff,<br>v.<br>ARCADIS U.S., INC.,<br>Defendant. | Case No. 25-cv-03682-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 56 |

The parties filed a notice advising the Court that the parties in above captioned matter settled and anticipate filing a stipulation of dismissal by November 1, 2026. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within 180 days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of 120 days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: August 18, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge